JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

OSCAR MANUEL BENITEZ CASILLAS,

Petitioner,

v.

TODD BLANCHE, et al.,

Respondents.

Case No. 5:26-cv-04935-KES

**JUDGMENT**

Pursuant to the Court's Order Granting the Petition and Ordering A New Bond Hearing Within Seven Days, IT IS ADJUDGED that Ground 1(a) of the Petition is granted and Grounds 1(b) and 2 are dismissed as moot.

DATED: September 14, 2026

Karen E. Scott

KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE